**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604

1:09-cv-07949
Judge Harry D. Leinenweber
Magistrate Judge Michael T. Mason

**Kenneth S. Gardner**, Bankruptcy Clerk

Date: December 23, 2009

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

**FILED**
DEC 23 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08 B 33951/09 A 489

Case Name: McCarthy -v- Dempsey et al

Notice of Appeal Filed: 12/28/09

Appellant: Richard & Eileen Dempsey

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

- [✓] Transmittal Letter and Civil Cover Sheet
- [✓] Designation and Statement of Issues
- [✓] Transcript of Proceeding
- [ ] In Forma Pauperis
- [✓] Notice of Appeal
- [✓] Copy of Documents Designated
- [✓] Exhibits
- [✓] Expedited Notice of Appeal

Additional Items Included

- [✓] Certified copy of the docket sheet
  _____

1 Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

- [ ] _____

Previous D C Judge: _____

Case Number: _____

By Deputy Clerk: _Carl Ayton_ (signature)

Revised 03/26/08rj

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | Case No. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Debtors, | ) | JUDGE JACQUELINE P. COX |
| | ) | |
| _____ | ) | |
| | ) | |
| GEORGE J. MCCARTHY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 09 A 489 |
| | ) | |
| RICHARD R. DEMPSEY, and | ) | |
| EILEEN M. DEMPSEY | ) | |
| | ) | |
| Defendants. | ) | |

**FILED**
DEC 2 3 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEAL

Richard Ryan Dempsey and Eileen M. Dempsey, the Debtors and Defendants in the Adversary Proceeding, appeal under 28 U.S.C. § 158(a) from the order or decree of The Honorable Judge Jacqueline P. Cox, Bankruptcy Judge, entered in this adversary proceeding on the 18th day of November, 2009, denying Defendants' motion to dismiss Count II of the adversary complaint for Plaintiff's lack of standing, as an individual, to bring an action under 11 U.S.C. § 523(a)(18), since Plaintiff is not a pension fund, or profit-sharing plan, or other entity referred to in that section of the Bankruptcy Code.

The names of all parties to the order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1:09-cv-07949
Judge Harry D. Leinenweber
Magistrate Judge Michael T. Mason

Appellant:

| | |
|---|---|
| Attorney Name: | Forrest L. Ingram |
| | Michael V. Ohlman |
| Attorney Firm: | Forrest L. Ingram P.C. |
| Address: | 79 West Monroe Street, Suite 900 |
| | Chicago, Illinois  60603 |
| Telephone: | (312)759-2838 |

Appellee:

| | |
|---|---|
| Attorney Name: | Thomas R. Stilp |
| | John N. Bielski, II |
| Attorney Firm: | Messer & Stilp, Ltd. |
| Address: | 166 West Washington, Suite 300 |
| | Chicago, Illinois  60602 |
| Telephone: | (312)334-3445 |

Dated: November 28, 2009

Signed:    /s/ Forrest L. Ingram
Attorney for the Appellant

**APPEAL**

# U.S. Bankruptcy Court
# Northern District of Illinois (Chicago)
# Adversary Proceeding #: 09-00489

**Assigned to:** Jacqueline P. Cox
**Lead BK Case:** 08-33951
**Lead BK Title:** Richard Ryan Dempsey and Eileen M. Dempsey
**Lead BK Chapter:** 7
**Demand:**

**Nature[s] of Suit:** 65 Dischargeability - other

**Date Filed:** 06/17/09

1:09-cv-7949
Judge Leinenweber
Mag. Mason

## Plaintiff
-----------------------

George J McCarthy    represented by    Thomas R. Stilp
                                       Messer & Stilp, Ltd.
                                       166 West Washington
                                       Suite 300
                                       Chicago, IL 60602
                                       312 334-3476
                                       Fax : 312 334-3434
                                       Email: stilp@messerstilp.com
                                       **LEAD ATTORNEY**

**V.**

## Defendant
-----------------------

**Eileen M. Dempsey**  
SSN / ITIN: xxx-xx-7299

represented by Forrest L Ingram  
Forrest L. Ingram, P.C.  
79 W Monroe Street  
Suite 900  
Chicago, IL 60603  
312 759-2838  
Fax : 312 759-0298  
Email: fingram@fingramlaw.com

**Richard Ryan Dempsey**  
SSN / ITIN: xxx-xx-1646

represented by Forrest L Ingram  
(See above for address)

| Filing Date | # | Select all / clear | Docket Text |
|---|---|---|---|
| 06/17/2009 | 1 | ☐ | Adversary case 09-00489. (65 (Dischargeability - other)): Complaint by George J McCarthy against Eileen M. Dempsey, Richard Ryan Dempsey. Fee Amount $250. Status hearing to be held on 7/29/2009 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Stilp, Thomas) (Entered: 06/17/2009) |
| 06/17/2009 | 2 | | Summons Link Summons Issued on Eileen M. Dempsey Answer Due 07/17/2009; Richard Ryan Dempsey Answer Due 07/17/2009 (Stilp, Thomas) (Entered: 06/17/2009) |

| | | | |
|---|---|---|---|
| 06/17/2009 | 3 | | Receipt of Complaint(09-00489) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 11529483. Fee Amount $ 250.00 (U.S. Treasury) (Entered: 06/17/2009) |
| 07/02/2009 | 4 | ☐ | Notice of Motion and Motion to Strike Adversary Complaint For Failure to Acheive Service of Process Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey. Hearing scheduled for 7/15/2009 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Ingram, Forrest) (Entered: 07/02/2009) |
| 07/15/2009 | 5 | ☐ | Order Scheduling (RE: 4 Motion to Strike). Status hearing to be held on 9/22/2009 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. and the status hering date of 07/29/2009 is Stricken Signed on 7/15/2009 (Jerdine, Maurice) (Entered: 07/17/2009) |
| | | ☐ | Agreed Order Scheduling (RE: 4 Motion to Strike). Answer due by: 9/15/2009. Status hearing to be held on 9/22/2009 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. and |

| Date | # | | Description |
|---|---|---|---|
| 07/17/2009 | 6 | | the status hearing date of 07/29/2009 at 10:00 a.m. is hereby stricken. Signed on 7/17/2009 (Jerdine, Maurice) (Entered: 07/21/2009) |
| 09/15/2009 | 7 | ☐ | Answer to Complaint Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey. (Attachments: # 1 Exhibit A)(Ingram, Forrest) (Entered: 09/15/2009) |
| 09/15/2009 | 8 | ☐ | Notice of Filing Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey (RE: 7 Answer to Complaint). (Ingram, Forrest) (Entered: 09/15/2009) |
| 09/15/2009 | 9 | ☐ | Supplement Affirmative Defense Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey (RE: 1 Complaint). (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (Ingram, Forrest) (Entered: 09/15/2009) |
| 09/15/2009 | 10 | ☐ | Notice of Filing Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey (RE: 9 Supplement). (Ingram, Forrest) (Entered: 09/15/2009) |

| | | | |
|---|---|---|---|
| 09/15/2009 | 11 | ☐ | **Notice of Motion and Motion to Dismiss Counts II of Adversary Proceeding** Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey. Hearing scheduled for 9/24/2009 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Ingram, Forrest) (Entered: 09/15/2009) |
| 09/15/2009 | 12 | ☐ | **Amended Notice of Motion** Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey (RE: 11 Motion to Dismiss Certain Counts of Adversary Proceeding). Hearing scheduled for 9/22/2009 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Ingram, Forrest) (Entered: 09/15/2009) |
| 09/22/2009 | 13 | | **Hearing Continued** . Status hearing to be held on 11/18/2009 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 09/22/2009) |
| | | | **Hearing Continued** (RE: 11 Dismiss Certain Counts of Adversary Proceeding). hearing |

| | | | |
|---|---|---|---|
| 09/22/2009 | 14 | | scheduled for 11/18/2009 at 10:30 AM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604.. Signed on 09/22/2009. (Watson, Anthony) (Entered: 09/22/2009) |
| 09/22/2009 | 15 | ☐ | Order Scheduling (RE: 11 Motion to Dismiss Certain Counts of Adversary Proceeding). Hearing scheduled for 11/18/2009 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Reply due by: 11/16/2009 Responses due by 10/27/2009. Signed on 9/22/2009 (Green, Charlie) (Entered: 09/23/2009) |
| 10/27/2009 | 16 | ☐ | Response to (related document(s): 11 Motion to Dismiss Certain Counts of Adversary Proceeding) Filed by Thomas R. Stilp on behalf of George J McCarthy (Stilp, Thomas) (Entered: 10/27/2009) |
| 11/16/2009 | 17 | ☐ | Reply to (related document(s): 11 Motion to Dismiss Certain Counts of Adversary Proceeding) Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B) (Ingram, Forrest) (Entered: 11/16/2009) |

| | | | |
|---|---|---|---|
| 11/16/2009 | 18 | ☐ | Notice of Filing Notice of Defendants Reply to Motion to Dismiss Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey. (Ingram, Forrest) (Entered: 11/16/2009) |
| 11/18/2009 | 19 | | Hearing Set (RE: 1 Complaint). Pre-Trial Conference set for 8/4/2010 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Trial date set for 8/26/2010 at 01:00 PM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Continued Trial date set for 8/27/2010 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 11/18/2009) |
| 11/18/2009 | 20 | ☐ | Final Pre Trial Order (RE: 1 Complaint). Brief due by 8/2/2010. Trial date set for 8/26/2010 at 01:00 PM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Continued Trial date set for 8/27/2010 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 11/18/2009 (Jerdine, Maurice) (Entered: 11/19/2009) |
| | | | Order Scheduling (RE: 1 |

| | | | |
|---|---|---|---|
| 11/18/2009 | 21 | ☐ | Complaint). Discovery Cutoff 3/30/2010. Pre-Trial Hearing set for 8/4/2010 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Rule 7026 due by 1/4/2010. Trial date set for 8/26/2010 at 01:00 PM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Continued Trial date set for 8/27/2010 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Signed on 11/18/2009 (Jerdine, Maurice) (Entered: 11/19/2009) |
| 11/18/2009 | 22 | ☐ | Order Denying for the Reasons Stated on the Record Motion to Dismiss Certain Counts of Adversary Proceeding (Related Doc # 11 ). Signed on 11/18/2009. (Gomez, Denise) (Entered: 11/20/2009) |
| | | ☐ | Notice of Appeal to District Court. Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey. Fee Amount $255 (RE: 22 Order on Motion to Dismiss Adversary Proceeding). Appellant Designation due by 12/8/2009. Transmission of Record Due by 01/7/2010. (Attachments: # 1 |

| | | | |
|---|---|---|---|
| 11/28/2009 | 23 | | Exhibit Order dated 11-18-09) (Ingram, Forrest) (Entered: 11/28/2009) |
| 11/28/2009 | 24 | ☐ | Notice of Filing Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey (RE: 23 Notice of Appeal). (Ingram, Forrest) (Entered: 11/28/2009) |
| 11/30/2009 | 25 | ☐ | Notice of Filing to Bk Judge and Parties on Service List (RE: 23 Notice of Appeal). (Weston, Carel Dell) (Entered: 11/30/2009) |
| 11/30/2009 | 26 | ☐ | Joint Certification (Form 24) to Court of Appeals by All Parties Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey. (RE: 23 Notice of Appeal). (Attachments: # 1 Exhibit Order dated 11-18-09)(Ingram, Forrest) (Entered: 11/30/2009) |
| 11/30/2009 | 27 | | Receipt of Notice of Appeal(09-00489) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 12771553. Fee Amount $ 255.00 (U.S. Treasury) (Entered: 11/30/2009) |
| | | | Amended Notice of Appeal with Motion for Leave to Appeal Filed |

| | | | |
|---|---|---|---|
| 11/30/2009 | 28 | ☐ | by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey. (RE: 24 Notice of Filing). (Attachments: # 1 Exhibit Order dated 11-18-09)(Ingram, Forrest) Modified on 12/1/2009 to create relate document # 23 , Filer Notified (Weston, Carel Dell). (Entered: 11/30/2009) |
| 12/01/2009 | 29 | | CORRECTIVE ENTRY to create relate document # 23 , Filer Notified (RE: 28 Amended Notice of Appeal with Motion for Leave to Appeal). (Weston, Carel Dell) (Entered: 12/01/2009) |
| 12/09/2009 | 30 | ☐ | Notice of Filing Notice of 8006 Designation of Record and Issues on Appeal Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey. (Ingram, Forrest) Modified on 12/10/2009 to create related document # 31 (Sims, Mildred). (Entered: 12/09/2009) |
| | | ☐ | Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey. (RE: 23 Notice of Appeal). (Attachments: # 1 Document Continued) |

| | | | |
|---|---|---|---|
| 12/09/2009 | 31 | | (Ingram, Forrest) (Entered: 12/09/2009) |
| 12/09/2009 | 32 | ☐ | Notice of Filing Filed by Forrest L Ingram on behalf of Eileen M. Dempsey, Richard Ryan Dempsey (RE: 31 Appellant Designation and Statement of Issue). (Ingram, Forrest) (Entered: 12/09/2009) |
| 12/10/2009 | 33 | | CORRECTIVE ENTRY to create related document # 31 (RE: 30 Notice of Filing). (Sims, Mildred) (Entered: 12/10/2009) |

Footer format: Record on Appeal
(Numbers, letters, spaces, and <pagenum> only)

[View Selected]

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

KENNETH S. GARDNER
CLERK OF COURT
By _____
Deputy Clerk
Dated 12/23/09