## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Dempsey et. al. v. McCarthy

Case Number: 09C7949

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Richard Dempsey  
Eileen Dempsey

| | |
|---|---|
| NAME (Type or print) <br> Michael V. Ohlman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael V. Ohlman | |
| FIRM <br> Forrest L. Ingram, P.C. | |
| STREET ADDRESS <br> 79 West Monroe, Suite 900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60513 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6294512 | TELEPHONE NUMBER <br> (312)759-2838 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |