IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD RYAN DEMPSEY and EILEEN M. DEMPSEY, <br><br> Appellants, <br><br> v. <br><br> GEORGE J. MCCARTHY, <br><br> Appellee. | 09-C-7949 <br><br> Judge Harry. D. Leinenweber |

**MOTION FOR EXTENSION OF TIME TO FILE
APPELLEE'S RESPONSE BRIEF**

NOW COMES the Appellee, GEORGE J. MCCARTHY ("George McCarthy"), and for his Motion for Extension of Time to File Appellee's Response Brief, states as follows:

1. This matter is an appeal from a Order dismissing one of two counts of George McCarthy's Adversary Complaint by the Honorable Judge Jacqueline P. Cox in adversary proceeding 09 A 489 pending before the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2. Appellants filed their brief on January 11, 2010.

3. The Appellants and George McCarthy have been involved in litigation for twelve (12) years.

4. The parties have recently discussed settlement. While there is no guarantee that the discussions will lead to any settlement, counsel for George McCarthy wants to see if the recent discussions will result in any movement towards resolving this dispute.

5.    Counsel for George McCarthy has also had a number of matters that required his attention, and needs more time to file the brief on behalf of George McCarthy.

6.    George McCarthy is praying that the deadline to file his brief be extended up to and including February 12, 2010.

WHEREFORE, the Appellee, GEORGE J. MCCARTHY, prays that this Honorable Court Order that the deadline to file Appellee's brief be extended to February 12, 2010, and for any other relief this Honorable Court deems appropriate.

Respectfully submitted,

GEORGE J. MCCARTHY

By:    /s/ Thomas R. Stilp

Thomas R. Stilp ( #06198439)
John N. Bielski II (#6242527)
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-3445
(312) 334-3434 (Fax)
bielski@messerstilp.com
stilp@messerstilp.com